DWAYNE ROBERSON
1157 4th STREET NE
WASHINGTON, DC 20002
202-330-2253

THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DWAYNE ROBERSON. | ) |
| Plaintiff, | ) |
| | ) CASE NO. 1:15-cv-00452 RJL |
| vs. | ) |
| AMERICAN RECOVERY SERVICES INC | ) |
| Defendants, | ) |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE UNDER RULE 41(a)(1)(A)(i) BY PLAINTIFF

Plaintiff Dwayne Roberson, hereby give notice that he is voluntarily dismissing his complaint in Civil Action No. 1:15-cv-00452 with prejudice as authorized by Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

Dwayne Roberson
1157 4TH ST NE
Washington, DC 20002
202-330-2253

RECEIVED
MAY 22 2015
Clerk, U.S District & Bankruptcy
Courts for the District of Columbia